ORIGINAL

FILED

04/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0184

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0184

FILED

APR 02 2020

LAWRENCE A. LAFOUNTAIN,

Petitioner,

v.

MONTANA EIGHTH JUDICIAL DISTRICT
COURT, HONORABLE GREGORY PINSKI,
District Judge,

Respondent.

ORDER

Pursuant to §§ 3-1-523(1) and 27-25-102, MCA, Petitioner Lawrence A. LaFountain seeks a writ of certiorari over the Montana Eighth Judicial District Court in Cause No. DC-19-896 to vacate that court's Order of Contempt Re: Attorney Lawrence LaFountain issued February 26, 2020, on the basis that the court lacked jurisdiction to hold a hearing in the matter because a valid motion to substitute judge had been filed.

Having reviewed the Petition and the challenged order, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Eighth Judicial District Court is granted to and including May 4, 2020, to prepare, file, and serve a response(s) to the petition for writ of certiorari in Cause No. DC-19-896.

The Clerk is directed to provide immediate notice of this Order to Petitioner and to the Honorable Gregory G. Pinski, presiding District Judge.

DATED this 2nd day of April, 2020.

For the Court,

By _____
                  Justice